UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID YURMAN ENTERPRISES LLC, and
DAVID YURMAN IP LLC,

          Plaintiffs,

  -against-

TECHNAORO, INC., XYZ COMPANIES 1-10,
And JOHN AND JANE DOES 1-10,

          Defendants.

Case No. 1:22-cv-03828

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that the undersigned counsel hereby enters an appearance as counsel of record on behalf of Defendant TechnaOro, Inc. in the above-entitled action.

**PLEASE TAKE FURTHER NOTICE** that copies of all papers served in this matter should be served upon the undersigned.

Dated: May 25, 2022
      New York, New York

GOLDBERG SEGALLA LLP

_____
Matthew S. Trokenheim, Esq.
1037 Raymond Boulevard, Suite 1010
Newark, New Jersey 07102
Tel. 973-681-7024
Em. mtrokenheim@goldbergsegalla.com
*Attorneys for Defendant TechnaOro, Inc.*