UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DAVID YURMAN ENTERPRISES LLC, ET AL.,

                Plaintiffs,

- against -

TECHNAORO, INC., ET AL.,

                Defendants.

22-cv-3828 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by July 15, 2022.

SO ORDERED.
Dated:    New York, New York
            July 5, 2022

                                              /s/ John G. Koeltl
                                              John G. Koeltl
                                              United States District Judge