UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

DAVID YURMAN ENTERPRISES LLC ET AL.,

               Plaintiffs,

- against -

TECHNAORO, INC. ET AL.,

               Defendants.

---

22-cv-3828 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The conference scheduled for July 20, 2022 is canceled.

SO ORDERED.

Dated:    New York, New York
           July 14, 2022

                                          John G. Koeltl
                             United States District Judge